
EXHIBIT 1

11/3/2003

The Board of Directors of YUM Brands Inc.,

My name is Aimee Smith and until Saturday, November 1, 2003, I was employed by KFC, at 1965 Coliseum Boulevard in Montgomery, Alabama. On that day Glenda Johnson, the Regional General Manager at that store, terminated me unjustly. The reason she gave me was that my cash register was short by some eighty two dollars and forty-two cents, on 26 October 2003.

On the 26th of October 2003, Ms Linda Stephenson was the duty manager. I worked my shift and clocked out around 4:30 PM. Linda Stephenson was the duty manager who "counted me down". (A procedure used to ensure cash, credit cards and receipts balance.) I was informed that my register was eighty-two dollars and forty-two cents short. The duty manager counted the money And told me that there was probably some type of computer error, as to why my register was so short. My register had never been short for more than a couple of dollars in the past. (I was awarded the "Best Customer Team Member" award in July of this year.)

Policy or procedures at KFC is that the cashiers do not count the money they take in on their shifts before turning it over to the duty managers at the end of their shifts. A recipe for disaster for any cashier! You let the duty manager count the register and hope that all comes out all right. I have and never had a problem counting money. So, on that day and any other day, I never had the opportunity to count my register before passing it to the duty manager. Linda Stephenson called me later that Night and said, "she had found the error" and "no money was missing".

On Monday, October 27, 2003, around 4:30 in the afternoon Glenda Johnson called my home. She was rude, loud and demanded to know where was the missing money. I informed Ms. Johnson in a calm voice that I did not lose, have or know the whereabouts of " her money". I knew that there was an error in the register, but she was making this personal, "her money"? She then said if I didn't find "her money", she would write me up for missing funds and take the money out of my paycheck. I told her that Linda had found the error and that there were no missing funds. She then hung up the phone. My mother who is also employed at the same KFC, talked with Mr. Lyndon Baker, District Manager for YUM Brands, and we were assured that this problem would be resolved, and I would not lose any money or my job. This was later on the 27th of October 2003, Around five or six PM. On arriving to work on Tuesday, there was no mention of the funds. I did not work later that week due to a death in the family.

After clocking in for work, Glenda Johnson called me into the lobby in the presence of all as she told me she was terminating me because of the missing money. Ms. Johnson also told that she tried to talk to me and my mother (who also works for KFC), but we blew the whole situation out of proportion. Which was not true, because Ms Johnson never talked to my mother that Monday. My mother had talked to Lyndon Baker, about the missing funds and Glenda was very angry about anyone discussing store policies or problems with higher ups. Glenda Johnson told me that "this is my store not Mr. Baker's or anybody else's store and I will run it how ever I want to run it". Ms. Johnson already knew that she wanted to get rid of me long before my register was supposedly missing funds.

Every since I filed charges against Jimmy Snell Y have had nothing but problems from Ms Glenda Johnson and some of the other managers and workers at KFC. Glenda Johnson and a couple of the other manager never had remorse for what Jimmy Snell said or done to me. The never said that they were sorry that something like that could take place on KFC's Property. It made me feel

very sad, that as a female, these managers were not giving me the benefit of doubt. When they knew that Jimmy Snell had a history of assault on female and consuming alcohol on the job.

Since I filed charges on Jimmy Snell my work environment hasn't been the same. Glenda Johnson has retaliated on me in every conceivable way to force me to quit my job. She has cut my hours, put me on shifts I didn't normally work because of school. She or one of the other managers is rumored to have used company time to bail Jimmy Snell out of Jail, and put him back on the schedule to work. Mr. Lyndon Baker intervened and Jimmy was later fired.

Before getting fired, I didn't get a raise but another team member got a raise and I was there before she was. When Ms. Johnson interviewed me she told that in six months I would get a raise. I was on the job six months still no raise. I believe in my heart that I wasn't going to get a raise because I stood up for what was right.

Since Mr. Baker fired Jimmy things took a turn for the worse. One morning Ms. Johnson had a manager meeting at the store. While eating breakfast, Shift Supervisor Lisa Holmes made the remark " I heard Little Aimee and Quincy (a cook at the store) are dating". She knew that I could hear this statement, and Glenda Johnson followed with the statement " if anybody is dating up here I need to know about it." They were taunting me openingly in front of all the managing staff. Those present at that time was Lisa Holmes, Patricia Hicks, Monica Reeves, Kim Smith and Glenda Johnson. I said nothing and continued to eat the food I had gotten for my breakfast. Ms. Johnson later made the comment that "If any horse playing, is going on, take it serious", referring to Jimmy Snell claim of playing in his grabbing me around the neck. Every time I went in to work there were obscene and vulgar things said about me. She tried to force me to quit but I didn't. If I had quit Glenda Johnson and Jimmy Snell would have succeeded in bullying me around. I wasn't only trying to protect myself but other females, Glenda Johnson included. If I had not said anything at all, Mr. Snell would still be at KFC, harassing females because none of the managers were women enough to stand up to this bully.

I stood up for what was right and I was talked about, received calls from KFC, and terminated. I never had any trouble from anyone until Mr. Snell assaulted on the job. I was always came in on time, never really missed any days and did my job to the best of my ability, and helped others when they needed it. I didn't have a write up slip since I was at KFC until Ms. Johnson suddenly terminated me for money that wasn't missing. I don't think I should've lost my job for trying to protect myself against a guy who has a criminal background of abusing women. It's sad when you have look to leadership for support and find that leadership is the problem.

I hope you read this very carefully and take the appropriate actions against Ms. Johnson and KFC. I loved working at KFC and it showed when I did my job

Yours truly,

*Aimee C. Smith*

Aimee C. Smith