EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2004-00534 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Aimee Smith | | |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 1443, Montgomery, AL 36102 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KENTUCY FRIED CHICKEN | 15 - 100 | (334) 244-0698 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1965 Coliseum Blvd., Montgomery, AL 36110 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-13-2003   Latest: 09-13-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment on September 13, 2003, as a cashier. From the very beginning, I have been subjected to continuous acts of unwelcomed sexual harassment consisting of touching, patting of my shoulder, legs and buttocks. Additionally, I was exposed to sexually explicit pictures on a cellular phone. I was subjected to the harassment by a fellow co worker and on each occasion, I rebuffed his actions. In retaliation, I was subjected to profane language, called derogatory names and physically assaulted. I reported the conduct as a I had reported the smell of alcohol on his breath. In believe I am now the subject of retaliation, in that I am being denied a pay increase, and I am the subject of jokes and slander. On November 1, 2003, I was discharged.

I reported his behavior to duty manager, Pat Hicks. Ms. Hicks failed to take any action. Ann Knight, a shift supervisor later reported for duty. Noticing that I was visibly upset, Ms. Knight questioned me as to what was wrong. I went on to explain what had happened in the course of day. Ms. Knight said she would make a report to Linda Stephenson the oncoming manager. Upon Ms. Stephenson's arrival, Ms. Knight, Ms. Stephenson and I walked outside and I reported the harassment. Ms. Stephenson told me that I didn't want to talk to the general manager, I could call the KFC 800 line to register a complaint. Even after informing several management levels, no action was taken. I felt compelled to file a complaint with the local law enforcement office. Ms. Glenda Johnson, General Manager, terminated my employment and stated that it was due to an alleged cash shortage.

I believe I have been discriminated against because of my sex, female, and in retaliation (704a) for reporting sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended. Similarly situated non protesting employees are not treated in this manner. I believe my termination to be in retaliation for having for protested discriminatory acts.

Amended charge - original charge filed November 5, 2003

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 12-11-03  X Aimee Smith<br>Date      Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>(month, day, year) |

EXHIBIT 2