| SECOND AMENDED CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| *This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA | 130-2004-00534 |
| | X EEOC | Amended |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Aimee Smith | 334-356-7452 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P. O. Box 1443, Montgomery, AL 36102 | | 07/05/81 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Kentucky Fried Chicken | Over 15 | 334-244-0698 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1965 Coliseum Blvd., Montgomery, AL 36110 | | Montgomery |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes(s)) | DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE (Month Day Year): |
|---|---|
| RACE    COLOR    SEX xxx | |
| RELIGION    NATIONAL ORIGIN | FIRST: March, 2003 |
| AGE    DISABILITY | LAST: November 1, 2003 |
| OTHER   RETALIATION XXX, SEXUAL HARASSMENT XXX | |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):

CHARGE OF DISCRIMINATION

RECEIVED FEB 26 2004

SSN: ~~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~~    Sex: Female    Race: African American
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

Please see following page for particulars.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

Franklin D. Riley
State of AL at large

I declare under penalty of perjury that the foregoing is true and correct.

*Aimee Smith*
Aimee Smith

SIGNATURE OF COMPLAINANT

*Aimee Smith*
Aimee Smith

Date
February 17, 2004    Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
February 17, 2004

EEOC FORM 5 (Rev. 06/92)

EXHIBIT 3

Page 2
SECOND AMENDED EEOC Charge of Aimee Smith
Social Security Number: 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

1. I began my employment with Responding Party in March of 2003 as a cashier.

2. During the course of my employment I was subjected to repeated sexual harassment by a male co-worker, Jimmy Snell.

3. Throughout the course of my employment, Snell made inappropriate, non-consensual sexual comments.

4. Throughout the course of my employment, Snell made inappropriate sexual touchings. Among other things, Snell grabbed my rear, legs, arms, and shoulders. He exposed me to sexually explicit photos on his cell phone.

5. I told Snell in no uncertain terms how offended I was at his conduct on each occasion. I reported his conduct to my Manager, Glenda Johnson, repeatedly. When that did no good, I reported his conduct to Pat Hicks, Duty Manager, and Ann Knight, a Shift Manager. Both assured me they would take care of it. I reported it to Linda Stephenson, the Night Manager. She told me she would speak with the General Manager. I called the 800 # of Responding Party to report this.

6. After complaining to every level of management possible with Responding Party, my employment was terminated in retaliation for my complaints of sexual harassment.

7. I believe that I have been subjected to a sexually hostile work environment, suffered a tangible job action in connection with sexual harassment, and been retaliated against by Responding Party, all in violation of Title VII of the Civil Rights Act of 1964.

RECEIVED
FEB 26 2004

Aimee Smith

The foregoing instrument was acknowledged before me this the 17 day of February, 2004, by Aimee Smith.

Franklin D. Riley
Notary Public

My commission expires: January 26, 2007