IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV- 2:06cv27-C |
| ) | |
| KENTUCKY FRIED CHICKEN, ) | |
| ) | |
| Defendant. ) | |

## SUMMONS

**TO:** Kentucky Fried Chicken
1965 Coliseum Blvd.
Montgomery, Alabama 36110

**YOU ARE HEREBY SUMMONED** and required to serve upon the Plaintiff's attorney:

Alicia K. Haynes, Esq.
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226

a response to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*
_____
CLERK

_____
By: DEPUTY CLERK

1/12/06
_____
DATE

CASE NO._____