**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Kentucky Fried Chicken
    1965 Coliseum Blvd.
    Montgomery, AL 36110

    5dC    06-27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Lisa Haley*  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )
Lisa Haley

C. Date of Delivery
1/13/0[6]

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7001 2510 0008 2490 0801

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540