**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **AIMEE SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. CV-2:06-CV-00027-CSC** |
| ) | |
| **KENTUCKY FRIED CHICKEN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**MOTION FOR EXTENSION**

Defendant KFC ("KFC" or "defendant") moves this Court to extend the deadline to file its responsive pleading and Corporate Disclosures from Thursday, February 2, 2006 until Friday, February 24, 2006 (two weeks from the date of this filing) for the reasons set forth below.

According to the Court's docket, Plaintiff's Complaint was apparently served at a local restaurant in Montgomery, Alabama on January 13, 2006. KFC's corporate legal department did not receive notice of this potential service until February 9, 2006, after its counsel reviewed the Court's docket. As such, extending the deadline will allow defendant to gather the facts necessary to respond to the Complaint and provide Corporate Disclosures.

This requested extension will not affect any scheduling deadlines in this matter, as none have yet been set. Accordingly, plaintiff will not be prejudiced by the granting of this motion.

For the foregoing reasons, defendant moves the Court to extend the deadline for defendant to file its responsive pleading and Corporate Disclosures from February 2, 2006 until February 24, 2006.

Respectfully submitted this 10th day of February, 2006.

/S/ Kira Y. Fonteneau
Kira Y. Fonteneau, ASB-7338-K58F
kfonteneau@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama  35203
Telephone (205) 252-9321
Fax (205) 323-7674

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned electronically filed the foregoing Motion For Extension with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

This 10th day of February, 2006

>Priscilla Black Duncan
>P.B. Duncan & Associates, LLC
>472 South Lawrence Street Suite 204
>Montgomery, AL 36104
>
>Alicia Kay Haynes
>Haynes & Haynes, PC
>1600 Woodmere Drive
>Birmingham, AL 35226

>*/s/ Kira Fonteneau*
>Kira Fonteneau ASB-7338-K58F