IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv27-CSC |
| | ) |
| KENTUCKY FRIED CHICKEN, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the February 10, 2006, motion for extension of time (doc. # 4) filed by the defendant. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED and the time for filing a responsive pleading shall be extended from February 2, 2006, until February 24, 2006.

Done this 16th day of February, 2006.

                                  /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE