# EXHIBIT 2

IMPORTANT: Answer All Questions and Print Responses Clearly Using a Black or Blue Pen.
Hiring Manager Tear Along Perforation.

$5.85

## PLEASE TELL US ABOUT YOU

| Last Name | First Name | MI | Preferred Name |
|---|---|---|---|
| Smith | Aimee | C | Aimee C |

| Current Address | City | State | Zip | County | Years There |
|---|---|---|---|---|---|
| 102 Stuart St. | Montgomery | AL | 36105 | Montgomery | |

| Most Recent Previous Address | City | State | Zip | County | Years There |
|---|---|---|---|---|---|
| | | | | | |

Social Security Number: 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

Telephone (Home): (334) 356-7452

Is This Your First Job? ○ Yes ⊗ No
Are You 16 Or Older? ⊗ Yes ○ No

Telephone (cell, digital): ( )
e-Mail Address:

Do you have a Driver's License? ○ Yes ⊗ No
Driver's License #:     State:     Expiration Date:

How Did You Find Out About KFC?
○ Referred by Friend    ⊗ Walked In    ○ Radio Ad
○ Referred by KFC Employee    ○ Television Ad    ○ Newspaper Ad
○ Banner / Sign    ○ Job Fair    ○ Internet
○ Other

## WHAT WOULD YOU LIKE TO DO AT KFC?

Example: Customer Service, Food Preparation, Delivery, Management, Office, Other
Customer Service

○ Full Time  ○ Part Time
Starting Wage Desired $
○ Hourly  ○ Annually

| Write In Hours Available Each Day | | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|---|
| | From | open | in | open | in | open | open | after |
| | To | open | school | open | school | open | open | 2 pm |

## WHAT SCHOOLS HAVE YOU ATTENDED?

| | Name, City, State | Dates From | Dates To | Diploma Or Degree Received |
|---|---|---|---|---|
| High School | Carver Senior High School 2001 W Fairview, Mont, AL | 97 | Do Not Complete | advanced |
| College | ASU 915 S Jackson Mmry, AL | 00 | 02 | |
| Other | Aum Taylor Rd. Mont, AL | 02 Fall | current | |

## TWO MOST RECENT JOBS

| Name Of Company And Address | May we contact? | Telephone | Supervisor Name |
|---|---|---|---|
| 5005 Coliseum Blvd Mntgy, AL 36110 Vinn Dixie | ○ Yes ○ No | (334) 277-6456 | Robb Cenn |

Dates Worked From 02 May To | What Did You Do? Cashier | Why Did You Leave? Leave of absence | Last Salary/Wage $ 6.10 ⊗ Hourly ○ Annually

| Name Of Company And Address | May we contact? | Telephone | Supervisor Name |
|---|---|---|---|
| T.G.I. Fridays 3701 E. Blvd Mont, AL 36109 | ○ Yes ○ No | (334) 215-1855 | Darius Brown |

Dates Worked From 01 Dec To June AL | What Did You Do? hostess, run food, fix drinks set up for lunch. | Why Did You Leave? another job | Last Salary/Wage $ 8.13 ⊗ Hourly ○ Annually

## MISCELLANEOUS INFORMATION

| Emergency Contact Name | Relationship | Telephone | Address |
|---|---|---|---|
| N'le Arlene Ralls | mother | ( ) 356-7452 | 102 Stuart St. |

Complete the following if you have worked for KFC before, or previously applied for work at KFC.
Hired? ○ Yes ○ No   If Hired, Dates Of Employment From:  To:   Location (City, State)

KFC provides equal employment opportunities without regard to race, sex, age, national origin, citizenship, religion, disability, sexual orientation, or veteran status, and will make reasonable accommodations for disabled applicants and qualified new hires.

70015 (1/01)

### WHO ELSE CAN TELL US ABOUT YOU?

| Name | Relationship | City, State | Telephone |
|---|---|---|---|
| Paula Williams | friend | Mont, AL | Home: (334) 242-3052 / Work: ( ) |
| Thomas Harrell | friend | Mont, AL | Home: / Work: (334) 244-3030 |
| Edwin Brooks | friend | Tuskegee, AL | Home: (334) 727-2242 / Work: ( ) |

### OTHER INFORMATION ABOUT YOURSELF

1. ☐ Yes ☒ No  Within the last 7 years, have you been convicted of, or released from jail or prison for, a crime involving violence, sex, minors, theft, property damage, or drugs?*

   *Crimes include felonies, misdemeanors, and other violations of the law. Massachusetts residents, do not respond "yes" for misdemeanor convictions more than 5 years old, or first misdemeanor convictions for simple assault or disturbance of the peace; Nevada residents, do not respond "yes" for misdemeanor convictions which did not result in imprisonment.

2. ☐ Yes ☒ No  Are you currently charged with a crime involving violence, sex, minors, theft, property damage, or drugs? *

3. ☐ Yes ☒ No  If you are not applying for a Delivery Driver position answer No to this question. If you are applying for A Delivery Driver position, have you had more than one moving violation / ticket within the last 12 months, or been convicted of, or released from prison for, driving under the influence of drugs or alcohol within the last 7 years?

Conviction of a crime will not necessarily disqualify you from consideration for employment and will be considered only as it relates to the job in question.

### AGREEMENT

**Nature of My Employment.** If I work for KFC, I agree that I will be an at will employee, which means that either I or KFC may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by KFC will constitute an express or implied contract of employment, and that this at will relationship could only be modified in writing identifying me by name and signed by the Chief Officer of KFC. I agree that I will treat confidentially all information I will learn in the course of my employment with KFC.

**My Participation in KFC's Drug Free Environment.** I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol. I agree to submit to any lawful test for illegal use of drugs, or working under the influence of alcohol. I agree that KFC may refuse to hire me, or may terminate my employment, if I fail, or refuse to submit to, such a test at any time.

**My Records and References.** There is nothing in my background that would cause a risk to KFC's customers, employees, or property. I have not committed an act of violence, harassment or discrimination within the last 7 years. I authorize KFC to conduct reference checks, criminal and driving records checks, and other consumer report investigations, including personal interviews and other information relating to my character, general reputation and credit, personal characteristics and mode of living. I agree to sign such authorizations and/or disclosures as KFC requests from time to time concerning such background checks and investigations, and that KFC may refuse to hire me, or may terminate my employment, if I refuse to immediately sign any such form upon request. I release all parties from any liability from providing such information to KFC. Upon written request, additional information about investigation(s) will be provided.

The information I have given on this application is true and complete. I agree to promptly notify KFC if I am later charged with or convicted of a crime or (if I am a delivery driver) a driving offense. I agree that any false information or omission allows KFC to refuse to hire me, or to terminate my employment. I agree that a photocopy or imaged copy of this signed agreement will be as valid and enforceable as the original.

**ARBITRATION OF EMPLOYEE RIGHTS**

Because of the delay and expense of the court systems, KFC and I agree to use confidential binding arbitration for any claims that arise between me and KFC, its related companies, and/or their current or former employees. Such claims would include any concerning compensation, employment (including, but not limited to any claims concerning sexual harassment), or termination of employment. Before arbitration, I agree: (i) first, to present any such claims in full written detail to KFC; (ii) next, to complete any KFC internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) will apply.

Applicant's Signature _____  Date 3/5/03

### INFORMATION FOR MARYLAND RESIDENTS

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND ANY APPLICANT FOR EMPLOYMENT OR PROSPECTIVE EMPLOYMENT OR ANY EMPLOYEE TO SUBMIT TO OR TAKE A POLYGRAPH, LIE DETECTOR, OR SIMILAR TEST OR EXAMINATION AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. ANY EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT TO EXCEED $100.

I have read and understand the foregoing notice concerning my rights under Maryland law with respect to polygraph tests.

Applicant's Signature: _____

| KFC USE ONLY | Signature of Hiring Manager | Store ID # | Date | Initial after verifying docs proving age of person under 18 | Mgr Initials |
|---|---|---|---|---|---|
| ➤ | | | | | |

70015 (5/01)