IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AIMEE SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV-2:06-CV-00027-CSC |
| | ) |
| **KENTUCKY FRIED CHICKEN,** | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In accordance with the Honorable Court's January 14, 2000 Order, Defendant KFC U.S. Properties, Inc.[1] discloses that KFC U.S. Properties, Inc. is a wholly-owned subsidiary of KFC Corporation, which is 99% owned by KFC Holding Co., which is 90.9% owned by **YUM! Brands, Inc.**, which is publicly traded. Defendant submits this statement without consenting to the jurisdiction of this Court, as the claims raised in this lawsuit are subject to a mandatory arbitration agreement, as more fully described in Defendant's Motion to Dismiss, filed on this date.

Respectfully submitted this 24th day of February, 2006.

---

[1] Defendant is incorrectly named in the style of the Complaint as Kentucky Fried Chicken.

>  */s/Kira Y. Fonteneau*
>  Kira Y. Fonteneau (ASB-7338-K58F)
>  E-mail:  kfonteneau@constangy.com
>  CONSTANGY, BROOKS AND SMITH, LLC
>  Suite 900, One Federal Place
>  1819 Fifth Avenue North
>  Birmingham, Alabama  35203
>  Telephone (205) 252-9321
>  Facsimile  (205) 323-7674

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned electronically filed the foregoing Defendant's Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Priscilla Black Duncan
> P.B. Duncan & Associates, LLC
> 472 South Lawrence Street, Suite 204
> Montgomery, AL 36104
>
> Alicia Kay Haynes
> Haynes & Haynes, PC
> 1600 Woodmere Drive
> Birmingham, AL 35226

This 24th day of February, 2006

> */s/Kira Fonteneau*
> Kira Fonteneau