IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv27-CSC |
| ) | |
| KENTUCKY FRIED CHICKEN, ) | |
| ) | |
| Defendant. ) | |

**SHOW CAUSE ORDER**

Upon consideration of the defendant's motion to dismiss, or in the alternative, stay the district court proceedings and compel arbitration (doc. # 6), it is

ORDERED that on or before March 14, 2006, the opposing party shall show cause why the motion should not be granted. Without the consent of the parties, the Magistrate Judge cannot take dispositive action in this case. *See* 28 U.S.C. § 636(c). As explained in the attached Explanation of Assignment to United States Magistrate Judge, the parties have the right to consent to or to decline consent to a Magistrate Judge's jurisdiction without adverse consequences. Accordingly, counsel for the parties are

DIRECTED to complete and send to the Clerk of the Court either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge so that the form is received by the Clerk on or before March 13, 2006. **DO NOT FILE THIS FORM ELECTRONICALLY.**

Done this 1st day of March, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv27-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____        _____
    Date                                                    Signature


                                                                 _____
                                                                 Counsel For (**print** name of all parties)


                                                                 _____
                                                                 Address, City, State Zip Code


                                                                 _____
                                                                 Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv27-CSC |
| | ) |
| KENTUCKY FRIED CHICKEN, | ) |
| | ) |
| Defendant. | ) |

**REQUEST FOR REASSIGNMENT OF CASE**
**TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____     _____
   Date                                                              Signature

                                                        _____
                                                         Counsel For (**print** name of all parties)

                                                          _____
                                                           Address, City, State Zip Code

                                                           _____
                                                           Telephone Number

# DO NOT FILE THIS FORM ELECTRONICALLY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.**  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.