IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-2:06-CV-00027-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME
FOR PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, STAY THE DISTRICT COURT
PROCEEDINGS AND COMPEL ARBITRATION**

COMES NOW, the Plaintiff, Aimee Smith, and moves this Honorable Court to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss, or in the Alternative, Stay the District Court Proceedings and Compel Arbitration until Monday, March 20, 2006. In support of her motion, Plaintiff states the following:

1. Defendant filed its motion to dismiss, or in the alternative, stay the district court proceedings and compel arbitration on February 24, 2006.

2. The court entered its show cause order on March 1, 2006, allowing the plaintiff until March 14, 2006, to file a response in opposition to Defendant's motion.

3. Plaintiff's counsel, Alicia Haynes, has been involved in depositions and is preparing to complete additional depositions scheduled for March 15-18, 2006.

4. Plaintiff requests an extension until Monday, March 20, 2006, to file her response in opposition to defendant's motion.

5. Counsel for plaintiff has contacted counsel for defendant and she does not oppose an extension of time for plaintiff to respond.

WHEREFORE, Plaintiff moves this Honorable Court to enter an order extending the time for plaintiff to file her response in opposition to Defendant's Motion to Dismiss, or in the Alternative, Stay the District Court Proceedings and Compel Arbitration, until Monday, March 20, 2006.

    Respectfully submitted,

    /s Alicia K. Haynes
    Alicia K. Haynes
    Alabama State Bar No.: 8327-E23A
    Attorney for Plaintiffs

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35209
(205) 879-0377 Telephone
(205) 879-3572 Facsimile
akhaynes@haynes-haynes.com

OF COUNSEL:

**Priscilla Black Duncan**
P.B. Duncan & Associates, LLC
472 South Lawrence Street, Suite 204
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Richard Carrigan
J. Carin Pendergraft
Ogletree Deakins Nash Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203

/s/ Alicia K. Haynes
Alicia K. Haynes