IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv27-CSC |
| ) | |
| KENTUCKY FRIED CHICKEN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the March 14, 2006, motion to extend time (doc. # 9) filed by the plaintiff. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to extend time be and is hereby GRANTED. The plaintiff's time to respond to the defendant's motion to dismiss be and is hereby EXTENDED from March 14, 2006 until March 20, 2006.

Done this 15th day of March, 2006.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE