# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-2:06-CV-00027-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION

I, Rose Brown, declare under penalty of perjury the following:

1.     I am over the age of 18 years.

2.     I have worked for KFC or its parent company Yum! Brands, Inc. since 1992. From in or around May 2000 to in or around January 2005, I worked in the position of Human Resources Specialist for KFC. I currently work in the position of Employment Practices Consultant.

3.     In the position of Human Resources Specialist and my current position, I am familiar with KFC employment policies and practices.

4.     KFC policies requires that when any applicant is seeking a job with KFC, he or she must complete the KFC application. All KFC's employment applications contain a section binding the applicant and KFC to arbitration of employment-related disputes.

5.     KFC policies require that when new employees are hired, they must complete the personnel file jacket. The jacket is a manila file folder, on which numerous KFC policies or required agreements have been printed on the front and back.

6.      Attachment A contains copies of all of the sides of Plaintiff's personnel file jacket. One page of Attachment A is dated March 5, 2003, which was Plaintiff's date of hire with KFC.

7.      Attachment B are documents that are contained in Plaintiff's personnel file.

8.      Melvonnia Knight worked for KFC from January 29, 2002 until in or around February 2004.

9.      Melvonnia Knight was promoted to shift supervisor trainee on April 15, 2003, and was later was promoted to shift supervisor.

10.     KFC does not have a position titled "shift manager."

11.     KFC's shift supervisors are not members of salaried management; are paid on an hourly basis; are entitled to, and receive, overtime pay; and have no authority to hire or fire.

12.     In July 2004, I responded to a request from the United States Equal Employment Opportunity Commission (EEOC) requesting copies of personnel files for four employees, one of whom was Melvonnia Knight. These personnel files were kept by KFC in the course of its regularly conducted business activity. Attachment C hereto (containing copies of Ms. Knight's personnel file jacket) was among the documents produced to the EEOC in July 2004.

13.     Attachment D hereto contains the personnel file jacket of Michelene Ralls, kept by KFC in the course of its regularly conducted business activity.

14.     Attachment B contains Plaintiff's two-page employment application. It is the only employment application that was or is contained in her personnel file

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:   March 24, 2006

Rose Brown

2

# ATTACHMENT A
# TO EXHIBIT 3

175349

Name *Aimee Smith*

Restaurant #

Employment Date *3/15/03*    Termination Date

# Employee File Folder





C·H·A·M·P·S

**Cleanliness**
**Hospitality**
**Accuracy**
**Maintenance**
**Product Quality**
**Speed**

**What is your title?**

- ☐ Team Member
- ☐ Shift Leader
- ☐ Delivery Driver
- ☐ Assistant Unit Manager
- ☐ Restaurant General Manger
- ☐ Management Trainee

**This Personnel File Must Contain:**

- ☐ Yellow copy of the completed Employment Application
- ☐ Receipt of Employee Handbook
- ☐ Completed I-9 Form
- ☐ Completed W-4 Form
- ☐ Employment Inventory
- ☐ Interview Guide
- ☐ Work Permit (if required)
- ☐ Trends Mates Shoe Program form (voluntary)
- ☐ Food Handling Permit (if required)
- ☐ Signatures (where required on this file folder)

**ALL EMPLOYEES must fill out and sign these forms:**

- ☐ Employment Application
- ☐ I-9 Form
- ☐ W-4 Form
- ☐ Employee Handbook Receipt (from the handbook)
- ☐ Sexual Harassment Policy Statement

**All Shift Leaders, Management Trainees, Assistant Unit Managers, and Restaurant General Managers must fill out and sign these forms:**

- ☐ KFC Restaurant Cash and Security Guidelines
- ☐ New Hire Profile (RGM, AUM, and Management Trainees only)

**ALL EMPLOYEES must sign these areas on the Employee File Folder:**

- ☐ KFC Hours Worked and Meal Break Policy
- ☐ KFC Equipment Restrictions
- ☐ KFC Uniform Agreement
- ☐ Hazardous Communication Training
- ☐ Agreement to Arbitrate
- ☐ Employee's Agreement Concerning Confidential Information
- ☐ Sexual Harassment and Discrimination Policy
- ☐ Receipt of Employee Handbook

**All Team Members and Delivery Drivers must sign this area on the Employee File Folder:**

- ☐ Cash Control for Team Members and Delivery Drivers

Part No. 1326

Name: _Ginger Smith_

_3/18/03_ _____
Employment Date    Termination Date

Restaurant # _____

## KFC Equipment Restrictions

I understand that employees under 18 cannot:

- Operate a motor vehicle for company business or work as driver helpers.
- Operate a power-driven bakery machine like the Hobart mixer.
- Clean, operate, or maintain the Hobart food chopper, Bricker food shredder, or any vegetable (tomato) slicing machine.
- Clean operate, or maintain the 10-3 Automatic Cooker.

I agree that if I am asked to do any of these things, I will call Human Resources at the phone number listed on the inside cover of my Employee Handbook.



_(Sign your name here)_

Manager sign and acknowledge: I have reviewed this information with the new employee:

_____
(Manager sign here)

_____
(Manager write the date here)

## Cash Control for Team Members and Delivery Drivers

In accepting employment with KFC I understand that I can be immediately terminated (and possibly prosecuted) for any violation of KFC cash and inventory guidelines, including, but not limited to, the following examples:

- Failure to ring in customer checks immediately.
- Manipulating customer checks or coupons (including under-ringing and not ringing orders).
- Taking money from cash register or cash fund.
- Unauthorized removal of product or equipment
- Any attempt to hide cash shortages.
- Any falsification of data on paperwork, store reports, or any KFC forms.
- Holding checks beyond the date received.
- Any form of floating cash receipts or change funds.
- Paid outs recorded but not transacted that same day.
- Cashing employee payroll or other personal checks in the register.
- If I am a Delivery Driver, failure to drop cash/ cash out after each delivery run.

_Ginger Smith_
Team Member or Delivery Driver (Sign your name here)

## KFC Uniform Agreement

I received the following uniform(s) from KFC. I understand and agree that, as a condition of my employment, I must return the uniforms to my manager when I terminate from KFC.

_Ginger Smith_
(Sign your name here)

| Uniform | Date | Date* | Quantity | Site |
|---|---|---|---|---|
| Shirt | 3/18/03 | | | |
| Pants/Belt | 3/19/03 | | | |
| Cap/Visor | 3/19/03 | | | |
| Apron | | | | |
| Name Tag | 3/19/03 | | | |

## Hazardous Communication Training

When you sign this form, you are acknowledging that you have been trained about (1) how to identify hazardous chemicals, (2) how to read and understand product warning labels and MSDS's and where MSDS's are located, and (3) how to properly handle and use the chemicals you are exposed to. You are also confirming that you know the Written Hazard Communication Program and MSDS's are available for reading and referencing any time, either in the Hazardous Communications Manual and/or the Standards Library.

_____    _____
(Sign your name here AFTER you are trained)    Date

**As an employee of KFC, you have to read the information on this page and sign your name.**

## Agreement to Arbitrate

Because of, among other things, the delay and expense which result from the use of court systems, KFC and I agree to use confidential binding arbitration for any claim that arises between me and KFC, its parent and affiliated corporations, and/or any of their current or former officers, directors, agents, and employees. Such claims would include any claims concerning compensation, employment (including, but not limited to, any claims concerning sexual harassment), or termination of my employment. I also agree, before using this arbitration process: (i) first, to present any such claims in full writing in detail to the KFC Human Resources Department; (ii) next, to pursue to completion any KFC internal review process; and (iii) finally, to pursue to completion any external administrative remedy (such as with the Equal Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) shall apply.

_____
(Sign your name here)

## Receipt of Employee Handbook

This is to acknowledge that I have received a copy of the Employee Handbook. If I have any questions about the information, or guidelines contained in this handbook, I will call Human Resources at the phone number on the inside cover of my Employee Handbook.

_____
(Sign your name here)

## Employee's Agreement Concerning Confidential Information

As a condition of employment by KFC USA, Inc. or its commonly owned affiliates ("KFC"), I agree as follows:

1. I will not disclose to anyone, other than officers or employees of KFC, either during or subsequent to my employment with KFC, any confidential information or materials relating to the business of KFC. For this purpose, "confidential information or materials" includes any information or materials not generally known or available to the public, and includes, without limitation, formulas, recipes, ingredients, preparation and cooking procedures, advertising/marketing plans, staffing plans and processes, planning and financial information, strategic plans, operating plans, suppliers, and equipment information. Upon the termination of my employment with KFC, I will immediately deliver to KFC all confidential information and materials I have relating to the business of KFC.

2. I hereby assign to KFC, without any additional compensation to me, exclusive ownership of all ideas I conceive during the period of my employment which relate in any way to the then existing or future business of KFC, together with all resulting tangible or intangible property and property rights, including, without limitation, all copyright, trademark, and patent rights. I agree to execute such documents as may be requested by KFC to further evidence this assignment.

_____
(Sign your name here)

## Sexual Harassment and Discrimination Policy

I understand that KFC will not tolerate sexual harassment or discrimination. I agree not to sexually harass or discriminate against anyone.

If I am a victim of sexual harassment or discrimination, I understand that I am to call Human Resources immediately at the phone number listed on the inside cover of my Employee Handbook.

_____
(Sign your name here)

## KFC Restaurant Cash and Security Guidelines

### For Management Trainees, Shift Supervisors, Assistant Unit Managers, and Restaurant General Managers

_____
(Print your name here)

have read and I understand the KFC Restaurant Cash and Security Guidelines, which will be discussed in my management training class. I also understand that I will be subject to these guidelines in cases of cash losses or violations of guidelines as specified in the Security sections of Volume 3 of the Standards Library, and that a breach of the KFC Restaurant Cash and Security Guidelines may result in corrective action up to and including termination of employment.

_____
(Sign your name here)

## KFC Hours Worked and Meal Break Policy

I understand that KFC will not tolerate failure to pay all employees for all hours worked, including overtime.

I understand that no employee may ever work without being clocked in.

I understand that employees must be clocked in:

- for work before or after a shift (such as to clean up or count a register),
- at the start of a shift (even if the store is not busy),
- for training,
- for running an errand for the store.

I understand that all overtime work must be paid as overtime, and that moving or shifting hours to the next week, or time off in exchange for overtime pay, is not allowed.

I understand that all employees must be given a meal break if they work more than 4 hours.

I also understand that employees must be paid for any meal break, unless:

- the employee clocks out for at least 30 minutes,
- the employee does no work during the meal break (even if the restaurant is busy or the employee wants to work), and
- the employee is free to leave the restaurant during the break.

I agree to sign the Payroll Time Log Report (provided before every paycheck) after checking very carefully to make sure that my paycheck is for the correct amount. I understand that this KFC Hours Worked and Meal Break Policy requires me to do this.

I agree to call Human Resources at the phone number listed on the inside cover of my Employee Handbook if I am aware of any violation of this Policy, whether it concerns me or any of my co-workers.

_(signature)_

(Sign your name here)

---

**KFC Delivery**

### Delivery Driver Requirements
### (Delivery Restaurants Only)

**Before a Delivery Driver can make deliveries, he or she must:**

- [ ] Provide the following documentation:
- [ ] Verify valid driver's license
- [ ] Proof of insurance
- [ ] Signed release to verify driver record
- [ ] Driver Agreement
- [ ] P.O.V. Form
- [ ] Complete Delivery Orientation
- [ ] Complete Driver Safety Orientation
- [ ] Complete Delivery Driver Training
- [ ] Complete Packer Training
- [ ] Complete Phone Operator Training
- [ ] Have a satisfactory background check completed
- [ ] Review Hospitality video

### KFC Policy on Employment of Minors

- Do not hire anyone under age 16.
- At the time of hire, proof of age is required from all applicants under the age of 19.
- All new employees must sign the KFC Hours Worked and Meal Break Policy on the inside cover of this file.

# ATTACHMENT B
# TO EXHIBIT 3

```
PTEMPLOY               LABOR MANAGEMENT SYSTEM                    Page    1
STORE Y301652          Change of Status Form          Wed Mar 05 15:53:53 2003


Name:                  SMITH, AIMEE C
Social Security Num: 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
POS ID :                N   New Sign-on:         N
Address:               102STUART ST
 x Number:
City, St. Zip          MONTGOMERY, AL 36105
Phone:                 3343567452
Birth Date:            07/05/81
Hire  Date:            03/05/03
EEOC:                  BLACK (not Hispanic
Sex :                  FEMALE
Marital Status:        SINGLE
Borrowed Status:       N
Pay Code:              HOURLY
Home Store Num:        Y301652
Status:                ACTIVE
Job Title Code:        TEAM MEMBER
Employee Code:         NON-STUDENT/PARTTIM
Labor Code:            TMLBR
Cost Center:
License# For Driver:
 )TC #:                353311
.MRI Score>  60
PriorConvictionFlag: N
Pay Rates:
         TMLBR         5.85
                       0.00
                       0.00
                       0.00


Withholding Info:

            Tax                                         Extra
            Method            Marital        Exempt     Amount

Federal :State  : NORMAL         SINGLE            0        0.00
```

_____    _____    _____
Employee's Signature        Second Level Manager        Manager's Signature



# EMPLOYEE NEW HIRE/REHIRE DATA
70072 (03/00)



W-4 Form

| Form **W-4** | Complete all information (type or use ball point pen) **Employee's Withholding Allowance Certificate** | OMB No. 1545-0010 |

**1** Type or Print Your Name (First, Middle Initial, Last)
Aimee C. Smith

**2** Social Security No.
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

Home Address
102 Stuart St.

City, State, Zip Code
Montgomery, AL 36105

**3** Marital Status — ☑ Single ☐ Married ☐ Head of household

**4** Total number of allowances you are claiming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

**5** Additional amount, if any, you want deducted from each pay . . . . . . . . . . . . . . . . . . . . . **5** $ *0*

**6** I claim exemption from withholding and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
- Last year I expect a refund of ALL Federal income tax withheld because I expect to have No tax liability.

If you meet both of the above conditions, enter "EXEMPT" here . . . . . . . . . . . . . . . . . . . ☐ **6** 20

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status

Employee Signature
Aimee Smith

Date
3/5/03

| STATE WITHHOLDING INFORMATION | STATE | MARITAL STATUS | # OF WH ALLOWANCES | IF THIS SECTION IS NOT COMPLETED, FEDERAL INFORMATION WILL BE USED FOR STATE WITHHOLDING UNLESS EXEMPT. |

Home Phone
(334) 356-7452

Date of Birth
7-5-81

Sex
☐ MALE    ☑ FEMALE

Marital Status
☐ M - Married    ☑ S - Single    ☐ H - Head of household

High School Student
☐ 01 - YES    ☑ 02 - NO

Ethnic Background
☐ W - White (Non-Hispanic)    ☐ H - Hispanic
☐ P - Asian/Pacific    ☐ I - Native Indian/Alaskan
☑ B - Black (Non-Hispanic)    ☐ U - Unspecified

Race/Ethnic Origin data is to be used for government reporting only. The information represents data which is required for the administration of personnel actions and for Company compliance with governmental reporting requirements.

I have completed and reviewed the above material to the best of my knowledge. I believe this information to be correct.

Employee Signature
Aimee Smith

Date
3/8/03

---

STATUS:
☐ NEW HIRE Full Time
☐ REHIRE Full Time
☐ NEW HIRE Part Time
☐ REHIRE Part Time

DATE OF HIRE

RESTAURANT ID

REGION NAME

HOURLY RATE

AREA COACH CODE

☐ Team Member    ☐ A - All Star    ☐ B - Driver - Team Member    ☐ O - Shift Supervisor
☐ S - Star    ☐ D - Delivery Driver    ☐ A - Star Delivery Driver    ☐ T - Shift Supervisor - Trainee
☐ Assistant Unit Manager    ☐ Assistant Unit Manager - Trainee    ☐ Restaurant General Manager    ☐ Restaurant General Manager - Trainee

REMARKS

| RESTAURANT MANAGER | DATE | SECOND LEVEL MANAGER | DATE |

DISTRIBUTION:    *White* - Payroll Dept.;    *Yellow* - Restaurant

# SEXUAL HARASSMENT POLICY STATEMENT

**KFC is committed to maintaining a work environment free of all forms of sexual harassment and will not tolerate any employee (including any Area Coach, Manager, Assistant, Shift Supervisor or Team Member) sexually harassing any other employee, customer or vendor. Every employee must obey this Sexual Harassment Policy and each employee is also responsible for making sure that it is observed by every other employee (whether a supervisor or co-worker) as well as vendors and customers.**

## WHAT IS SEXUAL HARASSMENT?

Sexual harassment is **unwelcome sexual advances, or other unwelcome verbal, physical or visual** (gestures, graffiti, pictures, etc.) **sexual conduct.** Sexual harassment can occur between employees, as well as between an employee and a customer or vendor. Some examples of sexual harassment include, but are not limited to, the following:

- Unwelcome comments *(about sexual parts of the body,)* gestures *(that signify sex acts,)* kidding and jokes *(about sex)* innuendo *(saying one thing but meaning something sexual,)* physical contact *(patting, pinching or brushing against,)* or other conduct of a sexual nature.

- Demands or pressure for sexual favors or activity.

- Promises or suggestions that you will get special treatment in return for sexual favors or activity.

- Threats or suggestions of unfavorable treatment for refusing to grant sexual favors or activity.

- Acts of a sexual nature which you are blackmailed or threatened in to performing or done to you by force.

## WHAT SHOULD <u>YOU</u> DO ABOUT HARASSMENT

If you believe that you are a victim of sexual harassment or if you are a witness to sexual harassment of another, do the following:

- Tell the harasser that his/her conduct is offensive and to stop immediately (if you feel comfortable confronting the harasser.)

- Report the incident immediately to your manager. If you can't report the incident to your manager, then immediately call your Region Human Resources Leader at one of the following numbers:

| Atlanta | 770-990-4000, x4449 | Florida | 407-855-4281, x217 |
|---|---|---|---|
| Baltimore/DC | 410-712-0500, x117 or x134 | Houston | 281-449-8898, x201 |
| Boston/Syracuse (Big East) | 1-877-858-3235, x115 | New York (Tri-State) | 1-800-437-0375, x119 or x118 |
| California (except San Diego) | 949-224-6980 | Philadelphia | 610-354-8615, x117 or 410-712-0500 x117 |
| Chicago (Upper Midwest) / Indy | 630-791-2100, x205 | Phoenix, Kansas City, Vegas & San Diego (Southwest) | 480-491-5511, x120 or x112 |
| Dallas / OK City | 972-255-2800, x118 | VA/NC/Louisville/Columbus | 866-220-8238, x12 |
| Detroit (Great Lakes) | 734-462-2900, x22 | **The Network** | **1-800-241-5689** |

- **You can also make a confidential report by calling The Network at 1-800-241-5689.** The Network is an independent company which will take your call, send your complaint (anonymously if you prefer) to KFC for investigation and response, and report back to you with the result (unless you did not want to give them your name.)

- If you cannot do any of the above, send an **Open Door Mailer** (in the back of your employee handbook) to the KFC Restaurant Support Center.

## WHAT <u>KFC</u> WILL DO ABOUT SEXUAL HARASSMENT

If you notify any manager, he/she will notify the Area Coach and Human Resources and promptly investigate, treating the matter as confidentially as possible. If you reported that a manager was involved in suspected sexual harassment, Human Resources will investigate the matter. KFC takes each report of sexual harassment seriously and if investigation confirms sexual harassment has occurred, corrective action will be taken, up to and including termination of employment. KFC forbids retaliation, and anyone taking any action against you (for reporting harassment or being a witness in a sexual harassment investigation) will receive corrective action, up to and including termination. Corrective action will also be taken against any manager who does not promptly investigate and take appropriate action when they get a complaint of sexual harassment.

Employee's Signature _____          Date __3/5/03__

40183 (10/01)

## ACKNOWLEDGMENT

I acknowledge that I, _Aimee Smith_, have read and understand the
(Print Name Clearly)

**Restaurant Cash and Asset Security Guidelines.** I also understand that I will be

subject to these guidelines in cases of cash losses or violations of guidelines as

specified in the Security sections of Volume 3 of the Standards Library, and that

a breach of the Cash and Asset Security Guidelines may result in CORRECTIVE

action up to and including termination of employment.

_Aimee Smith_ _____        _3/5/03_ _____
(Signature)                    (Unit#)              (Date)


Position Title (check one):

_____ Area Coach (AC)
_____ Restaurant General Manager (RGM)
_____ Assistant Unit Manager (AUM)
_____ Shift Supervisor (SS)
_____ Management Trainee

### ACs and RGMs ONLY

I have reviewed the above **Restaurant Cash and Asset Security Guidelines** with all my
<u>current employees</u> and will also review these Guidelines with all <u>newly hired employees.</u>


_Aimee Smith_ _____        _3/5/03_ _____
(Signature)                    (Unit#)              (Date)

10

**IMPORTANT: Answer All Questions and Print Responses Clearly Using a Black or Blue Pen.**
Hiring Manager Tear Along Perforation.

$5.95

## PLEASE TELL US ABOUT YOU

Last Name: Smith
First Name: Aimee
MI: C
Preferred Name: Aimee C

Current Address: 102 Stuart St.
City: Montgomery
State: AL
Zip: 36105
County: Montgomery
Years There:

Most Recent Previous Address:
City:
State:
Zip:
County:
Years There:

Social Security Number: 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
Telephone (Home): (334) 356-7452
Is This Your First Job? Yes / ☒ No
Are You 16 Or Older? ☒ Yes / No

Telephone (cell, digital):
e:Mail Address:

Do you have a Driver's Licence? Yes / ☒ No
Driver's License #:
State:
Expiration Date:

How Did You Find Out About KFC?
- Referred by Friend
- Referred by KFC Employee
- Banner / Sign
- Other
- ☒ Walked In
- Television Ad
- Job Fair
- Radio Ad
- Newspaper Ad
- Internet

## WHAT WOULD YOU LIKE TO DO AT KFC?
Example: Customer Service, Food Preparation, Delivery, Management, Office, Other
Customer service

Full Time / Part Time     Starting Wage Desired $     Hourly / Annually

| Write In Hours Available Each Day | | Mon | Tues | Wed | Thur | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|---|
| | From | open | in | open | in | open | open | after |
| | To | open | school | open | school | open | open | 2 pm |

## WHAT SCHOOLS HAVE YOU ATTENDED?

| | Name, City, State | Dates From | To | Diploma Or Degree Received |
|---|---|---|---|---|
| High School | Carver Senior High School 2001 W Fairview Mont, AL | 97 | | advanced |
| College | ASU 915 S Jackson Mntg, AL | 00 | 02 | |
| Other | Aum Taylor Rd. mntl, AL | Oct all | current | |

## TWO MOST RECENT JOBS

Name Of Company And Address: 5005 Coliseum Blvd Montg, AL 36110 Winn Dixie   Yes / No   Telephone (334) 271-6456   Supervisor Name: Robb Cenn
Dates Worked From: 01 ime   What Did You Do? Cashier   Last Salary/Wage $ 6.00   ☒ Hourly / Annualy
Why Did You Leave? leave of absence

Name Of Company And Address: T.G.I. Fridays 3rd W E Blvd Mont, AL 36117   Yes / No   Telephone (334) 215-1855   Supervisor Name: Torris Brown
Dates Worked From: 01 Dec to ?   What Did You Do? busness, run food, fix drinks, set up for lunch   Last Salary/Wage $ 3.17   Hourly / Annually
Why Did You Leave? another job

## MISCELLANEOUS INFORMATION
Emergency Contact Name: Arliline Falls   Relationship: mother   Telephone ( ) 356-7452   Address: 102 Stuart St.

Complete the following if you have worked for KFC before, or previously applied for work at KFC.   Hired? Yes / No   If Hired, Dates Of Employment From:   Location (City, State)

KFC provides equal employment opportunities without regard to race, sex, age, national origin, citizenship, religion, disability, sexual orientation, or veteran status, and will make reasonable accomodations for disabled applicants and qualified new hires.

70616 (5/31)

## WHO ELSE CAN TELL US ABOUT YOU?

| Name | Relationship | City, State | Telephone |
|---|---|---|---|
| Paula Williams | friend | Mont, AL | Home: (334) 242-3052 / Work: ( ) |
| Thomas Harrell | friend | Mont, AL | Home: ( ) / Work: (334) 329-3030 |
| Edwin Brooks | friend | Tuskegee, AL | Home: (334) 901-7540 / Work: ( ) |

## OTHER INFORMATION ABOUT YOURSELF

1. ○ Yes ☑ No   Within the last 7 years, have you been convicted of, or released from jail or prison for, a crime involving violence, sex, minors, theft, property damage, or drugs?*

*Crimes include felonies, misdemeanors, and other violations of the law. Massachuettes residents, do not respond "yes" for misdemeanor convictions more than 5 years old, or first misdemeanor convictions for simple assult or disturbance of the peace; Nevada residents, do not respond "yes" for misdemeanor convictions which did not result in imprisonment.

2. ○ Yes ☑ No   Are you currently charged with a crime involving violence, sex, minors, theft, property damage, or drugs? *

3. ○ Yes ☑ No   If you are not applying for a Delivery Driver position answer No to this question. If you are applying for A Delivery Driver position, have you had more than one moving violation / ticket within the last 12 months, or been convicted of, or released from prison for, driving under the influence of drugs or alcohol within the last 7 years?

Conviction of a crime will not necessarily disqualify you from consideration for employment and will be considered only as it relates to the job in question.

## AGREEMENT   Please read, sign and date below.

**Nature of My Employment.** If I work for KFC, I agree that I will be an at will employee, which means that either I or KFC may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by KFC will constitute an express or implied contract of employment, and that this at will relationship could only be modified in writing identifying me by name and signed by the Chief Officer of KFC. I agree that I will treat confidentially all information I will learn in the course of my employment with KFC.

**My Participation in KFC's Drug Free Environment.** I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol. I agree to submit to any lawful test for illegal use of drugs, or working under the influence of alcohol. I agree that KFC may refuse to hire me, or may terminate my employment, if I fail, or refuse to submit to, such a test at any time.

**My Records and References.** There is nothing in my background that would cause a risk to KFC's customers, employees, or property, I have not committed an act of violence, harassment or discrimination within the last 7 years. I authorize KFC to conduct reference checks, criminal and driving records checks, and other consumer report investigations, including personal interviews and other information relating to my character, general reputation and credit, personal characteristics and mode of living. I agree to sign such authorizations and/or disclosures as KFC requests from time to time concerning such background checks and investigations, and that KFC may refuse to hire me, or may terminate my employment, if I refuse to immediately sign any such form upon request. I release all parties from any liability from providing such information to KFC. Upon written request, additional information about investigation(s) will be provided.

The information I have given on this application is true and complete. I agree to promptly notify KFC if I am later charged with or convicted of a crime or (if I am a delivery driver) a driving offense. I agree that any false information or omission allows KFC to refuse to hire me, or to terminate my employment. I agree that a photocopy or imaged copy of this signed agreement will be as valid and enforceable as the original.

### ARBITRATION OF EMPLOYEE RIGHTS

Because of the delay and expense of the court systems, KFC and I agree to use confidential binding arbitration for any claims that arise between me and KFC, its related companies, and/or their current or former employees. Such claims would include any concerning compensation, employment (including, but not limited to any claims concerning sexual harassment), or termination of employment. Before arbitration, I agree: (i) first, to present any such claims in full written detail to KFC; (ii) next, to complete any KFC internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) will apply.

Applicant's Signature _____   Date 3/5/03

## INFORMATION FOR MARYLAND RESIDENTS

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND ANY APPLICANT FOR EMPLOYMENT OR PROSPECTIVE EMPLOYMENT OR ANY EMPLOYEE TO SUBMIT TO OR TAKE A POLYGRAPH, LIE DETECTOR, OR SIMILAR TEST OR EXAMINATION AS A CONDITION OF EMPLOYMENT OR CONTINUED EMPLOYMENT. ANY EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT TO EXCEED $100.

I have read and understand the foregoing notice concerning my rights under Maryland law with respect to polygraph tests.

Applicant's Signature: _____

| KFC USE ONLY ➡ | Signature of Hiring Manager | Store ID # | Date | Initial after verifying docs proving age of person under 18 | Mgr Initials |
|---|---|---|---|---|---|
| | | | | | |

700151(5/01)

# ATTACHMENT C
# TO EXHIBIT 3

117 - 5054

# Employee File Folder





Name _Nichonha Craft_ 306852  Restaurant # _____
Employment Date _2-31-22_   Termination Date _____

UV & S ARCHIVE NUMBER
L000000082228

Please Call Our Employee
"SECURITY HOTLINE" to report any
violation or unsafe practice or conditions in the KFC

## What is your title?

- ☐ Team Member
- ☐ Shift Leader
- ☐ Delivery Driver
- ☐ Assistant Unit Manager
- ☐ Restaurant General Manager
- ☐ Management Trainee

## This Personnel File Must Contain:

- ☐ Yellow copy of the completed Employment Application
- ☐ Receipt of Employee Handbook
- ☐ Completed I-9 Form
- ☐ Completed W-4 Form
- ☐ Employment Inventory
- ☐ Interview Guide
- ☐ Work Permit (if required)
- ☐ Trends Mates Shoe Program form (voluntary)
- ☐ Food Handling Permit (if required)
- ☐ Signatures (where required on this file folder)

Cleanliness
Hospitality
Accuracy
Maintenance
Product Quality
Speed

**ALL EMPLOYEES must fill out and sign these forms:**

- ☐ Employment Application
- ☐ I-9 Form
- ☐ W-4 Form
- ☐ Employee Handbook Receipt (from the handbook)
- ☐ Sexual Harassment Policy Statement

**All Shift Leaders, Management Trainees, Assistant Unit Managers, and Restaurant General Managers must fill out and sign these forms:**

- ☐ KFC Restaurant Cash and Security Guidelines
- ☐ New Hire Profile (RGM, AUM, and Management Trainees only)

**ALL EMPLOYEES must sign these areas on the Employee File Folder:**

- ☐ KFC Hours Worked and Meal Break Policy
- ☐ KFC Equipment Restrictions
- ☐ KFC Uniform Agreement
- ☐ Hazardous Communication Training
- ☐ Agreement to Arbitrate
- ☐ Employee's Agreement Concerning Confidential Information
- ☐ Sexual Harassment and Discrimination Policy
- ☐ Receipt of Employee Handbook

**All Team Members and Delivery Drivers must sign this area on the Employee File Folder:**

- ☐ Cash Control for Team Members and Delivery Drivers

Print No. 1336

Name _Lakennia Light_ Restaurant # _30652_

Employment Date _2-5-02_   Termination Date _____

## KFC Uniform Agreement

I received the following uniform(s) from KFC. I understand and agree that, as a condition of my employment, I must return the uniforms to my manager when I terminate from KFC.

_Lakennia L. Light_ (Sign your name here)

| Uniform | Quantity | | |
|---|---|---|---|
| | Date | Date | Date | Size |
| Shirt | 04/2002 | | | XL |
| Pants/Belt | 04/2002 | | | 16 |
| Cap/Visor | | | | |
| Apron | | | | |
| Name Tag | | | | |

## Hazardous Communication Training

When you sign this form, you are acknowledging that you have been trained about: (1) how to identify hazardous chemicals, (2) how to read and understand product warning labels and MSDS's and where MSDS's are located, and (3) how to properly handle and use the chemicals you are exposed to. You are also confirming that you know the Written Hazard Communication Program and MSDS's are available for reading and referencing any time, either in the Hazardous Communications Manual and/or the Standards Library.

_Lakennia_ (Sign your name here AFTER you are trained)   Date _____

## Cash Control for Team Members and Delivery Drivers

In accepting employment with KFC I understand that I can be immediately terminated (and possibly prosecuted) for any violation of KFC cash and inventory guidelines, including, but not limited to, the following examples:

- Failure to ring in customer checks immediately.
- Manipulating customer checks or coupons (including under-ringing and not ringing orders).
- Taking money from cash register or cash fund.
- Unauthorized removal of product or equipment.
- Any attempt to hide cash shortages.
- Any falsification of data on paperwork, store reports, or any KFC forms.
- Holding checks beyond the date received.
- Any form of floating cash receipts or change funds.
- Paid outs recorded but not transacted that same day.
- Cashing employee payroll or other personal checks in the register.
- If I am a Delivery Driver, failure to drop cash/cash out after each delivery run.

_Lakennia L. Light_
Team Member or Delivery Driver (Sign your name here)

## KFC Equipment Restrictions

I understand that employees under 18 cannot:

- Operate a motor vehicle for company business or work as driver helpers.
- Operate power-driven bakery machines, like the Hobart mixer.
- Clean, operate, or maintain the Hobart mixer.
- chopper, Biichen food shredder, or any vegetable (tomato) slicing machine.
- Clean, operate, or maintain the 104 Automatic Cooker.

I agree that if I am asked to do any of these things, I will call Human Resources at the phone number listed on the inside cover of my Employee Handbook.

_____
(Sign your name here)

Manager sign and acknowledge: I have reviewed this information with the new employee:

_____
(Manager sign here)

_____
(Manager write the date here)

**As an employee of KFC, you have to read the information on this page and sign your name.**

## Agreement to Arbitrate

Because of, among other things, the delay and expense which result from the use of court systems, KFC and I agree to use confidential binding arbitration for any claim that arises between me and KFC, its parent and affiliated corporations and/or any of their current or former officers, directors, agents, and employees. Such claims would include any claims concerning my compensation, employment (including, but not limited to, any claims concerning sexual harassment) or termination of employment. I also agree, before using this arbitration process (i) first, to present any such claims in full written detail to the KFC Human Resources Department (ii) next, to pursue to completion any KFC internal review process and (iii) finally, to pursue to completion any external administrative remedy (such as with the Equal Opportunity Commission). In any arbitration, the then prevailing rules of the American Arbitration Association (and, to the extent not inconsistent, the then prevailing rules of the Federal Arbitration Act) shall apply.

_Melanie L. Knight_
(Sign your name here)

## Receipt of Employee Handbook

This is to acknowledge that I have received a copy of the Employee Handbook. If I have any questions about the information, or guidelines contained in this handbook, I will call Human Resources at the phone number on the inside cover of my Employee Handbook.

_Melanie L. Knight_
(Sign your name here)

## Employee's Agreement Concerning Confidential Information

As a condition of employment by KFC USA, Inc., or its commonly owned affiliates ("KFC"), I agree as follows:

1. I will not disclose to anyone, other than officers or employees of KFC, either during or subsequent to my employment with KFC, any confidential information or materials relating to the business of KFC. For this purpose, confidential information or materials includes any information or materials not generally known or available to the public and includes, without limitation, formulas, recipes, ingredients, preparation and cooking procedures, advertising/marketing plans, staffing plans and processes, planning and financial information, strategic plans, operating plans, supplies, and customer lists. Upon the termination of my employment with KFC, I will immediately deliver to KFC all confidential information and materials I have relating to the business of KFC.

2. I hereby assign to KFC, without any additional compensation to me, exclusive ownership of all ideas I conceive during the period of my employment which relate in any way to the then existing or future business of KFC, together with all resulting tangible or intangible property and property rights, including, without limitation, all copyright, trademark, and patent rights. I agree to execute such documents as may be requested by KFC to further evidence this assignment.

_Melanie L. Knight_
(Sign your name here)

## Sexual Harassment and Discrimination Policy

I understand that KFC will not tolerate sexual harassment or discrimination. I agree not to sexually harass or discriminate against anyone.

If I am a victim of sexual harassment or discrimination, I understand that I am to call Human Resources immediately at the phone number listed on the inside cover of my Employee Handbook.

_Melanie L. Knight_
(Sign your name here)

## KFC Restaurant Cash and Security Guidelines

**For Management Trainees, Shift Supervisors, Assistant Unit Managers, and Restaurant General Managers**

I have read and I understand the KFC Restaurant Cash and Security Guidelines, which will be discussed in my management training class. I also understand that I will be subject to these guidelines in cases of cash losses or violations of guidelines as specified in the Security sections of Volume 3 of the Standards Library, and that a breach of the KFC Restaurant Cash and Security Guidelines may result in corrective action up to and including termination of employment.

_Melanie L. Knight_
(Print your name here)

_Melanie L. Knight_
(Sign your name here)

**KFC Hours Worked and Meal Break Policy**

I understand that KFC will not tolerate failure to pay all employees for all hours worked, including overtime.

I understand that no employee may ever work without being clocked in.

I understand that employees must be clocked in:

- for work before or after a shift (such as to clean up or count a register),
- at the start of a shift (even if the store is not busy),
- for training,
- for running an errand for the store.

I understand that all overtime work must be paid as overtime, and that moving or shifting hours to the next week, or time off in exchange for overtime pay, is not allowed.

I understand that all employees must be given a meal break if they work more than 4 hours.

I also understand that employees must be paid for any meal break unless:

- the employee clocks out for at least 30 minutes,
- the employee does no work during the meal break (even if the restaurant is busy or the employee wants to work), and
- the employee is free to leave the restaurant during the break.

I agree to sign the Payroll Time Log Report (provided before every paycheck) after checking very carefully to make sure that my paycheck is for the correct amount. I understand that this KFC Hours Worked and Meal Break Policy requires me to do this.

I agree to call Human Resources at the phone number listed on the inside cover of my Employee Handbook if I am aware of any violation of this Policy, whether it concerns me or any of my co-workers.

_Dulana L. Anight_
(Sign your name here)

---

**Delivery Driver Requirements
(Delivery Restaurants Only)**

Before a Delivery Driver can make deliveries, he or she must:

Provide the following documentation:

☐ Verify valid driver's license
☐ Proof of insurance
☐ Signed release to verify driver record
☐ Driver Agreement
☐ P.O.V. Form
☐ Complete Delivery Orientation
☐ Complete Driver Safety Orientation
☐ Complete Delivery Driver Training
☐ Complete Packer Training
☐ Complete Phone Operator Training
☐ Have a satisfactory background check completed
☐ Review Hospitality video

**KFC Policy on Employment of Minors**

- Do not hire anyone under age 16.
- At the time of hire, proof of age is required from all applicants under the age of 19.
- All new employees must sign the KFC Hours Worked and Meal Break Policy on the inside cover of this file.

# ATTACHMENT D TO EXHIBIT 3








Name: Micheline Ralls
Employment Date: 09-25-03
Restaurant #
Termination Date

**KFC Uniform Agreement**

Micheline Ralls
(Sign your name here)

| Uniform | Date Rec'd Qtr/min | Date | Size |
|---|---|---|---|
| Shirt | | | |
| Pants/Belt | | | |
| Cap/Visor | | | |
| Apron | | | |
| Name Tag | | | |

**Hazardous Communication Training**

Micheline Ralls
(Sign your name here AFTER you are trained)  Date

**Cash Control for Team Members and Delivery Drivers**

Team Member or Delivery Driver (Sign your name here)

**KFC Employment Restrictions**

Micheline Ralls
(Sign your name here)

(Manager sign here)

(Manager write the date here)



