# EXHIBIT 4

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>130-2004-00534 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Aimee Smith | | |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 1443, Montgomery, AL 36102 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KENTUCY FRIED CHICKEN | 15 - 100 | (334) 244-0698 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1965 Coliseum Blvd., Montgomery, AL 36110 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-13-2003    Latest: 09-13-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment on September 13, 2003, as a cashier. From the very beginning, I have been subjected to continuous acts of unwelcomed sexual harassment consisting of touching, patting of my shoulder, legs and buttocks. Additionally, I was exposed to sexually explicit pictures on a cellular phone. I was subjected to the harassment by a fellow coworker and on each occasion, I rebuffed his actions. In retaliation, I was subjected to profane language, called derogatory names and physically assaulted. I reported the conduct as a I had reported the smell of alcohol on his breath. In believe I am now the subject of retaliation, in that I am being denied a pay increase, and I am the subject of jokes and slander. On November 1, 2003, I was discharged.

I reported his behavior to duty manager, Pat Hicks. Ms. Hicks failed to take any action. Ann Knight, a shift supervisor later reported for duty. Noticing that I was visibly upset, Ms. Knight questioned me as to what was wrong. I went on to explain what had happened in the course of day. Ms. Knight said she would make a report to Linda Stephenson the oncoming manager. Upon Ms. Stephenson's arrival, Ms. Knight, Ms. Stephenson and I walked outside and I reported the harassment. Ms. Stephenson told me that I didn't want to talk to the general manager, I could call the KFC 800 line to register a complaint. Even after informing several management levels, no action was taken. I felt compelled to file a complaint with the local law enforcement office. Ms. Glenda Johnson, General Manager, terminated my employment and stated that it was due to an alleged cash shortage.

I believe I have been discriminated against because of my sex, female, and in retaliation (704a) for reporting sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended. Similarly situated non protesting employees are not treated in this manner. I believe my termination to be in retaliation for having for protested discriminatory acts.

Amended charge - original charge filed November 5, 2003

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 12-11-03    X Aimee Smith<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>(month, day, year) |

EXHIBIT 2

FROM : PB DUNCAN LLC/GOOD GOVERNMENT   PHONE NO. : 334 264 9643   Oct. 07 2005 09:38AM P2

| SECOND AMENDED CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| *This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.* | FEPA | 130-2004-00534 |
| | X EEOC | Amended |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Aimee Smith | 334-356-7452 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P. O. Box 1443, Montgomery, AL 36102 | | 07/05/81 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Kentucky Fried Chicken | Over 15 | 334-244-0698 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1965 Coliseum Blvd., Montgomery, AL 36110 | | Montgomery |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

RACE    COLOR    SEX xxx
RELIGION    NATIONAL ORIGIN
AGE    DISABILITY
OTHER  RETALIATION XXX, SEXUAL HARASSMENT XXX

DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE *(Month Day Year)*:

FIRST: March, 2003

LAST: November 1, 2003

RECEIVED FEB 26 2004

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

CHARGE OF DISCRIMINATION

SSN: ~~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~~  Sex: Female     Race: African American
     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

*Please see following page for particulars.*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Aimee Smith*
Aimee Smith

Date
February 17, 2004    Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

*Franklin D. Riley*
*State of AL at large*

SIGNATURE OF COMPLAINANT
*Aimee Smith*
Aimee Smith

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
February 17, 2004

EEOC FORM 5 (Rev. 06/92)

EXHIBIT 3

FROM : PB DUNCAN LLC/GOOD GOVERNMENT    PHONE NO. : 334 264 9643    Oct. 07 2005 09:40AM P1

Page 2
SECOND AMENDED EEOC Charge of Aimee Smith
Social Security Number: 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

1. I began my employment with Responding Party in March of 2003 as a cashier.

2. During the course of my employment I was subjected to repeated sexual harassment by a male co-worker, Jimmy Snell.

3. Throughout the course of my employment, Snell made inappropriate, non-consentual sexual comments.

4. Throughout the course of my employment, Snell made inappropriate sexual touchings. Among other things, Snell grabbed my rear, legs, arms, and shoulders. He exposed me to sexually explicit photos on his cell phone.

5. I told Snell in no uncertain terms how offended I was at his conduct on each occasion. I reported his conduct to my Manager, Glenda Johnson, repeatedly. When that did no good, I reported his conduct to Pat Hicks, Duty Manager, and Ann Knight, a Shift Manager. Both assured me they would take care of it. I reported it to Linda Stephenson, the Night Manager. She told me she would speak with the General Manager. I called the 800 # of Responding Party to report this.

6. After complaining to every level of management possible with Responding Party, my employment was terminated in retaliation for my complaints of sexual harassment.

7. I believe that I have been subjected to a sexually hostile work environment, suffered a tangible job action in connection with sexual harassment, and been retaliated against by Responding Party, all in violation of Title VII of the Civil Rights Act of 1964.

RECEIVED
FEB 26 2004

_____
Aimee Smith

The foregoing instrument was acknowledged before me this the __17__ day of __February__, 2004, by Aimee Smith.

_____
Franklin D. Riley
Notary Public

My commission expires: January 26, 2007