IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAR 14  P 12: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-2:06-CV-00027-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment[1].

Respectfully submitted this 13th day of March, 2006.

Kira Y. Fonteneau, ASB-7338-K58F
E-mail: kfonteneau@constangy.com
**CONSTANGY, BROOKS AND SMITH, LLC**
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-9321
Facsimile: (205) 323-7674

**ATTORNEY FOR DEFENDANT**

---

[1] Defendant consents to the Magistrate Judge without generally consenting to the jurisdiction of the Court and without waiving its argument that the Court should not exercise jurisdiction over this matter beyond ruling upon the Defendant's pending motion to compel arbitration given the mandatory arbitration agreement between the parties.