IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv27-CSC |
| | ) |
| KENTUCKY FRIED CHICKEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion to stay, or in the alternative, motion to stay proceedings and compel arbitration (doc. # 6).  The defendant contends that the plaintiff is bound by an arbitration agreement.  The plaintiff denies that the signature on the arbitration agreement is hers.  Consequently, the court concludes that an evidentiary hearing is necessary before the motion to compel arbitration can be resolved.  Accordingly, it is

ORDERED that this matter be and is hereby set for an evidentiary hearing on May 4, 2006 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The hearing shall commence at 9:00 a.m.

Done this 14th day of April, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE