# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **AIMEE SMITH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**KENTUCKY FRIED CHICKEN,** )<br>)<br>Defendant. ) | Case No. CV-2:06-CV-00027-CSC |

## MOTION FOR CONTINUANCE

Defendant KFC U.S. Properties, Inc., by and through its undersigned attorney, moves this Court to continue the evidentiary hearing for Defendant's Motion To Dismiss, Or In The Alternative, Stay The District Court Proceedings And Compel Arbitration (hereinafter "Motion to Compel Arbitration") for 30 days from its current setting of Thursday, May 4, 2006, for the following reasons:

1. On Friday, April 14, 2006, the Court set an evidentiary hearing for Thursday, May 4, 2006 on Defendant's Motion to Compel Arbitration.

2. The parties have discussed the opportunities for settlement, and Defendant is hopeful that settlement can be reached in this matter.

3. Additional time is required to attempt to reach settlement terms acceptable to both parties.

4. If settlement can be reached, the evidentiary hearing would be unnecessary and judicial resources would be conserved.

5. Plaintiff, through her counsel, verbally consented to the granting of the requested relief.

Therefore, Defendant moves this Court, with the consent of Plaintiff, to continue the evidentiary hearing for Defendant's Motion to Compel Arbitration for 30 days from Thursday, May 4, 2006.

Respectfully submitted this 25th day of April, 2006.

/s/Kira Y. Fonteneau
Kira Y. Fonteneau (ASB-7338-K58F)
E-mail: kfonteneau@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 252-9321
Facsimile: (205) 323-7674

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      This is to certify that the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

      Priscilla Black Duncan
      P.B. Duncan & Associates, LLC
      472 South Lawrence Street Suite 204
      Montgomery, Al 36104

      Alicia Kay Haynes
      Haynes & Haynes, PC
      1600 Woodmere Drive
      Birmingham, AL 35226

This 25th day of April, 2006

                              */s/ Kira Fonteneau*
                              Kira Fonteneau ASB-7338-K58F