IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv27-CSC |
| | ) |
| KENTUCKY FRIED CHICKEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On April 25, 2006, the defendant filed a motion to continue the evidentiary hearing presently set for May 4, 2006 on the grounds that the parties are in settlement negotiations. *See* Doc. # 18. Accordingly, it is

ORDERED that the motion to continue (doc. # 18) be and is hereby GRANTED and the evidentiary hearing presently set on May 4, 2006 be and is hereby CONTINUED to 9:00 a.m. on June 5, 2006, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties are advised that if the case settles, the court will vacate the order setting an evidentiary hearing upon the filing of a joint stipulation of dismissal.

Done this 27th day of April, 2006.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE