# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **AIMEE SMITH,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **Case No. CV-2:06-CV-00027-CSC** |
| | ) |
| **KENTUCKY FRIED CHICKEN,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Thomas A. Davis of the firm Constangy, Brooks & Smith, LLC hereby gives notice of his appearance as additional counsel of record for defendant Kentucky Fried Chicken in the above-styled action.  All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be delivered or mailed (regular U.S. Mail and/or electronic mail) to the undersigned at the address stated below.

 */s/Thomas A. Davis*
 Thomas A. Davis (ASB-5877-S56T)
 E-mail: tdavis@constangy.com
 CONSTANGY, BROOKS AND SMITH, LLC
 One Federal Place, Suite 900
 1819 Fifth Avenue North
 Birmingham, AL 35203
 Telephone:  (205) 226-5465
 Facsimile:   (205) 323-7674

 **ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

> Priscilla Black Duncan, Esq.
> P.B. Duncan & Associates, LLC
> 472 South Lawrence Street Suite 204
> Montgomery, Al 36104
>
> Alicia Kay Haynes
> Haynes & Haynes, PC
> 1600 Woodmere Drive
> Birmingham, AL 35226

This 31st day of May, 2006

>             */s/ Thomas A. Davis*
>             Counsel of Record