# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 6/5/06 | AT | 9:00 a.m. to 10:57 a.m. |
| DATE COMPLETED: 6/5/06 | | FTR Recorded |

AMIE SMITH

    Plaintiff

vs..    CASE NO. 2:06CV27-CSC

KENTUCKY FRIED CHICKEN

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Pricilla Black Duncan | | Atty. Thomas A. Davis |

---

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

---

( X) OTHER PROCEEDINGS:    ***EVIDENTIARY HEARING***


# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Evidentiary Hearing - 2:06cv27 - CSC ||
| **Date** | 6 / 5 /2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 9 :00:44 AM | Court | Court convenes; Parties present as note; Discussion as to the purpose of hearing as to whether a signature was placed on a file folder; |
| 9 :00:55 AM | Atty. Davis | Response - It was place on a filed folder and original application both which contained an arbitration agreement; |
| 9 :01:21 AM | Court | Discussion as to the issue of a contract and the agreement to arbitrate; |
| 9 :01:25 AM | Atty. Davis | Response - There has to be a policy; |
| 9 :01:33 AM | Court | Response re: notice to the employee; |
| 9 :01:41 AM | Atty. Davis | Response; |
| 9 :02:01 AM | Court | Wanted to addresses some concerns; |
| 9 :02:13 AM | Atty. Davis | Refers the court to the Bradford case; |
| 9 :02:38 AM | Court | What's the Plaintiff's position? |
| 9 :02:41 AM | Atty. Duncan | Addresses the court as that arbitration was never mentioned; |
| 9 :02:41 AM | Court | Did she sign the application?; |
| 9 :02:47 AM | Atty. Duncan | Response - she fill out the application |
| 9 :03:05 AM | Court | That's not what I asked? Did she sign the application? |
| 9 :03:07 AM | Atty. Duncan | Yes. |
| 9 :03:18 AM | Court | Discussions as to whose burden it is; It would be better for the Defendant to go first; Do you wish the rule? |
| 9 :03:30 AM | Atty. Davis | I don't; |
| 9 :03:33 AM | Atty. Duncan | No. |
| 9 :04:15 AM | Atty. Davis | Calls Chris Capps; witness is sworn and seated; Discussion and review of deft's Exh. #1; |
| 9 :08:21 AM | Court | No objections, Deft's Exh. #1 is admitted; |
| 9 :08:30 AM | Atty. Davis | Cont'd testimony; Discussion and review of Deft's Exh. #2; |
| 9 :11:23 AM | Court | No objections, Deft's Exh. #2 is admitted; |
| 9 :11:27 AM | Atty. Duncan | Cross - examination; |
| 9 :13:10 AM | Court | Witness is excused; |
| 9 :13:14 AM | Atty. Davis | Calls Glenda Johnson; witness is sworn and seated; Discussion and review of Deft's Exh. #3; |
| 9 :19:24 AM | Court | No objections, It's admitted; |
| 9 :19:30 AM | Atty. Davis | Cont'd testimony; Discussion of Deft's Exh. #4; |
| 9 :20:51 AM | Court | No objections, It's admitted; |
| 9 :20:58 AM | Atty. Davis | Cont'd testimony; |
| 9 :26:53 AM | Atty. Duncan | Cross - examination; Discussions as to witness past employment with KFC; |
| 9 :27:40 AM | Atty. Davis | Objection - Relevance; |
| 9 :27:41 AM | Court | What's the purpose of the question; |
| 9 :27:44 AM | Atty. Duncan | Impeachment - she was accused of theft; |
| 9 :27:52 AM | Court | How would an accusation be impeachment under the circumstances? |

| Time | Speaker | Notes |
|---|---|---|
| 9:27:58 AM | Atty. Duncan | Response; |
| 9:28:08 AM | Court | Do you have any evidence that she lied or did some thing improper?; |
| 9:28:17 AM | Atty. Duncan | Response; |
| 9:28:27 AM | Court | The objection is sustained; |
| 9:28:27 AM | Atty Duncan | Cont'd testimony; |
| 9:34:47 AM | Court | Witness is excused; |
| 9:34:53 AM | Davis | Calls Richard Amory Roper, Expert handwriting examiner; witness is sworn and seated; Discussion and review of Def's Exh. #5; Discussion and review of Deft's Exh. #6; Move to admit Deft's Exh. #6; |
| 9:43:33 AM | Court | No objections, It's admitted; |
| 9:43:42 AM | Davis | Cont'd testimony; |
| 9:50:01 AM | Atty. Duncan | Cross - examination; |
| 9:59:54 AM | Court | Witness is excused; |
| 10:00:02 AM | Atty. Duncan | Calls Amie Smith; witness is sworn and seated; |
| 10:11:03 AM | Atty. Davis | Cross - examiation; Request to have copy of plaintiif's driver's license to look at signature; |
| 10:27:34 AM | Court | We can make a copy; |
| 10:27:52 AM | Court | Discussions as to the original application; |
| 10:29:11 AM | Court | Court will take a 10 Min Break; |
| 10:42:06 AM | Court | Reconvenes; |
| 10:42:10 AM | Atty. Duncan | Re - direct; |
| 10:43:21 AM | Court | Witness is excused; |
| 10:43:27 AM | Atty. Duncan | Calls Michelan Rawls; witness is sworn and seated; |
| 10:52:58 AM | Atty. Davis | Cross - examination; |
| 10:54:59 AM | Atty. Duncan | Ask that all exhibit be redact to exclude the social security number; |
| 10:55:09 AM | Court | We can redact them. Counsel advised to redact exhibits to take off Ms. Smith's social security number before leaving today; |
| 10:55:23 AM | Court | Witness is excused; |
| 10:55:26 AM | Davis | Addresses the court regarding plaintiiff's counsel suggesting that plaintiff's signatures were cut and paste; Can have Chris Capps testify to the originals; |
| 10:55:44 AM | Court | That's not necessary; Anthing else from plaintiff's |
| 10:55:53 AM | Atty. Duncan | No. |
| 10:55:53 AM | Court | Any rebuttal? |
| 10:55:53 AM | Atty. Davis | No. |
| 10:55:55 AM | Court | Based on the evidence presented the court finds by a preponderence of the evidence that Ms. Smith did sign the agreement to arbitrate, that there is an agreement, the court will enter a written order confirming that and stay further proceeding and compelling arbitration; |
| 10:56:19 AM | Court | Side bar with counsel; |
| 10:57:51 AM | Court | Court is recessed. |