IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMIE SMITH | * | |
| | * | |
| Plaintiff | * | |
| | * | CIVIL ACTION NO.: 2:06CV27-CSC |
| vs. | * | |
| | * | |
| KENTUCKY FRIED CHICKEN | * | |
| | * | |
| Defendant | * | |

## WITNESS LIST:

| | PLAINTIFF | | | DEFENDANT |
|---|---|---|---|---|
| 4. | Amie Smith | | 1. | Chris Capps |
| 5. | Micheleane Rawls | | 2. | Glenda Johnson |
| | | | 3. | Richard A. Roper (Expert) |