AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

AMIE SMITH
V.
KENTUCY FRIED CHICKEN

**DEFENDANT'S EXHIBIT LIST**

Case Number: 2:06CV27-CSC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CHARLES S. COODY | PRISCILLA B. DUNCAN | THOMAS A. DAVIS |
| TRIAL DATE(S) EVIDENTIARY HEARING - JUNE 5, 2006 | COURT REPORTER | COURTROOM DEPUTY WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 6/5/06 | 6/5/06 | 1 | CHRIS CAPPS | NO | Plaintiff's Employment Application |
| YES | 6/5/06 | 6/5/06 | 2 | CHRIS CAPPS | NO | Employee File Folder |
| YES | 6/5/06 | 6/5/06 | 3 | GLENDA JOHNSON | NO | Employment New Hire/Rehire Data - W-4 Form |
| YES | 6/5/06 | 6/5/06 | 4 | GLENDA JOHNSON | NO | Change of Status Form |
| YES | 6/5/06 | 6/5/06 | 5 | RICHARD ROPER | NO | Resume |
| YES | 6/5/06 | 6/5/06 | 6 | RICHARD ROPER | NO | Comparison Chart of the arbitration signatures |

*** Exhibit in envelope with court file *********