IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-2:06-CV-00027-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

**COMES NOW,** Plaintiff, Aimee Smith, by and through her attorney of record, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered by the District Court on June 7, 2006, granting Defendant's Motion to Stay, or in the Alternative, Motion to Stay Proceedings and Compel Arbitration.

Respectfully submitted,

*/s/ Alicia K. Haynes*
Alicia K. Haynes, ASB#8327-E23A
E-mail: akhaynes@haynes-haynes.com
Attorney For Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 36226
(205) 879-0377

Priscilla Black Duncan
**P.B. DUNCAN & ASSOCIATES, LLC**
472 S. Lawrence, Suite 204
Montgomery, Alabama 36104
Telephone: (334) 264-9679

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon each of the below listed counsel of record, by placing same in the U. S. Mail, postage prepaid and properly addressed, this 7th day of July, 2006:

Thomas Andrew Davis
Kira Y. Fonteneau
Constangy, Brooks and Smith, LLC
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

Alicia K. Haynes