· RECEIVED

JUL 28 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 06-13827-G

## JURISDICTIONAL QUESTION(S)

Whether the district court's June 7, 2006, order denying defendant's motion to dismiss, but granting defendant's motion to compel arbitration and staying further proceedings until further order of the court, is appealable? See 9 U.S.C. § 16(a)(3), (b); Am. Express Fin. Advisors, Inc. v. Makarewicz, 122 F.3d 936, 939 (11th Cir. 1997); Randolph v. Green Tree Fin. Corp.- Ala., 178 F.3d 1149, 1156-57 (11th Cir. 1999), aff'd in part and rev'd in part, on other grounds, Green Tree Fin. Corp.- Ala. v. Randolph, 531 U.S. 79, 121 S.Ct. 513, 148 L.Ed.2d 373 (2000).