IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

2006 AUG 23  A 10: 44

No. 06-13827-GG

```
                                    ┌─────────────────────────┐
                                    │         FILED           │
                                    │  U.S. COURT OF APPEALS  │
                                    │    ELEVENTH CIRCUIT     │
                                    │                         │
                                    │      AUG 2 1 2006       │
                                    │                         │
                                    │     THOMAS K. KAHN      │
                                    │        CLERK            │
                                    └─────────────────────────┘
```

AIMEE SMITH,

                                                Plaintiff-Appellant,

                              versus

KENTUCKY FRIED CHICKEN,

                                                Defendant-Appellee.

_____

Appeal from the United States District Court for the

Middle District of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th

Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 21st

day of August, 2006.

                              THOMAS K. KAHN
                              Clerk of the United States Court
                              of Appeals for the Eleventh Circuit


                              By:  David Murdock
                                   Deputy Clerk

                              FOR THE COURT - BY DIRECTION

                                        A True Copy - Attest.
                                        Clerk, U.S. Court of Appeals,
                                          Eleventh Circuit
                                        By: _____
                                             Deputy Clerk
                                             Atlanta, Georgia

                                             ORD-50