**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **AIMEE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CV-2:06-CV-00027-CSC** |
| ) | |
| **KENTUCKY FRIED CHICKEN,** ) | |
| ) | |
| Defendant. ) | |

**ARBITRATION STATUS REPORT**

COMES NOW, Defendant KFC U.S. Properties, Inc., by and through its undersigned attorneys, and respectfully submits this written status report regarding arbitration proceedings pertaining to the above matter, pursuant to the Court's request in its June 7, 2006, Order.

Plaintiff and Defendant have agreed upon an arbitrator, and an initial conference between counsel and the selected arbitrator is scheduled for November 2, 2006.

Respectfully submitted this 31st day of October, 2006.

*/S/ Thomas Davis*
_____
Thomas Davis,
tdavis@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama  35203
Telephone (205) 252-9321
Fax (205) 323-7674

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned electronically filed the foregoing reply memorandum using the CM/ECF system that will send notification of such filing to the following:

This 31st day of October, 2006

       PRISCILLA BLACK DUNCAN
       P.B. DUNCAN & ASSOCIATES, LLC
       472 SOUTH LAWRENCE STREET SUITE 204
       MONTGOMERY, AL 36104

       ALICIA KAY HAYNES
       HAYNES & HAYNES, PC
       1600 WOODMERE DRIVE
       BIRMINGHAM, AL 35226

                               */s/ Thomas Davis*
                                 Thomas Davis