IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **AIMEE SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-2:06-CV-00027-CSC |
| | ) | |
| **KENTUCKY FRIED CHICKEN,** | ) | |
| | ) | |
| Defendant. | ) | |

## ARBITRATION STATUS REPORT

Defendant KFC U.S. Properties, Inc., by and through its undersigned attorney, respectfully submits this written status report regarding arbitration proceedings pertaining to the above matter, pursuant to the Court's request in its June 7, 2006, Order.

Plaintiff and Defendant attended an initial conference between counsel and the selected arbitrator in November of 2006. The arbitrator has entered a Scheduling Order and discovery will be completed by April 20, 2007 and the hearing is scheduled for June 20-21, 2007.

Respectfully submitted this 3rd day of January, 2007.

*/s/ Thomas Davis*
_____
Thomas Davis,
tdavis@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203
Telephone (205) 252-9321
Fax (205) 323-7674

ATTORNEY FOR DEFENDANT

111687.2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing reply memorandum using the CM/ECF system that will send notification of such filing to the following:

This 3rd day of January, 2007.

        PRISCILLA BLACK DUNCAN
        P.B. DUNCAN & ASSOCIATES, LLC
        472 SOUTH LAWRENCE STREET SUITE 204
        MONTGOMERY, AL 36104

        ALICIA KAY HAYNES
        HAYNES & HAYNES, PC
        1600 WOODMERE DRIVE
        BIRMINGHAM, AL 35226

                */s/ Thomas Davis*
                Thomas Davis