IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv27-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

On June 7, 2006, the court stayed this matter pending arbitration. (Doc. # 22). In addition, the court directed the parties to file a status report every sixty days beginning on September 2, 2006. (*Id*.) On January 3, 2007, the defendant filed a status report in which the parties informed the court that the arbitration hearing is set for June 20-21, 2007. (Doc. # 29). Consequently, the court concludes that status reports are no long necessary. Accordingly, it is

ORDERED that the parties shall no longer be required to file status reports; provided, however, that they are directed to report the results of the arbitration within fourteen (14) days of the issuance of the arbitrator's decision.

Done this 16th day of January, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00027-CSC    Document 30    Filed 01/16/2007    Page 2 of 2