IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv27-CSC |
| | ) |
| KENTUCKY FRIED CHICKEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 2, 2007, the parties informed the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before February 23, 2007, the parties shall file a joint stipulation for dismissal.

Done this 5th day of February, 2007.

                                                /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE