IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AIMEE SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV-2:06-CV-00027-CSC |
| KENTUCKY FRIED CHICKEN, | ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO EXTEND PERIOD TO
## FILE JOINT STIPULATION OF DISMISSAL

Plaintiff Aimee Smith and defendant KFC U.S. Properties, Inc.[1] move the Court to extend the period of time to file a Joint Stipulation of Dismissal by two weeks. As grounds for this motion, the parties state as follows:

1. The parties reached a resolution of this case and the Court entered an Order on February 5, 2007 requiring the parties to file a Joint Stipulation of Dismissal on or before February 23, 2007.

2. Due to scheduling issues with counsel for the parties, the parties require two more weeks, or until March 9, 2007 to finalize their agreement and file a Joint Stipulation of Dismissal.

Based on the foregoing, the parties respectfully request that the Court extend the period of time to file a Joint Stipulation of Dismissal to March 9, 2007.

---

[1] Defendant is incorrectly named in the style of the Complaint as Kentucky Fried Chicken.

152316.1

Respectfully Submitted,

| | |
|---|---|
| */s/ Alicia Kay Haynes* | */s/ Thomas A. Davis* |
| Alicia Kay Haynes | Thomas A. Davis, |
| Haynes & Haynes, PC | tdavis@constangy.com |
| 1600 Woodmere Drive | CONSTANGY, BROOKS AND SMITH, LLC |
| Birmingham, AL 35226 | 1819 Fifth Avenue North |
| | Suite 900 |
| | Birmingham, Alabama 35203 |
| | Telephone (205) 252-9321 |
| | Fax (205) 323-7674 |