IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AIMEE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:06cv27-CSC |
| | ) | |
| KENTUCKY FRIED CHICKEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Now pending before the court is the parties' joint motion to extend time to file a joint stipulation of dismissal (doc. # 32).  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time (doc. # 32) be and is hereby GRANTED and the parties shall have an extension from February 23, 2007 up to and including March 9, 2007 to file a joint stipulation of dismissal.

Done this 23rd day of February, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE