IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **AIMEE SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CV-2:06-CV-00027-CSC** |
| ) | |
| **KENTUCKY FRIED CHICKEN,** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff and defendant hereby stipulate that this action should be dismissed with prejudice, with each party to bear her or its own costs, including attorneys' fees.

Respectfully Submitted,

_____
Alicia Kay Haynes
Haynes & Haynes, PC
1600 Woodmere Drive
Birmingham, AL 35226

Priscilla Black Duncan
P.B. Duncan & Associates
472 South Lawrence Street
Suite 204
Montgomery, AL 36104

_____
Thomas A. Davis,
tdavis@constangy.com
CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama 35203
Telephone (205) 252-9321
Fax (205) 323-7674

152329.1